UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SIMPLICIANO BUENAFE, | No. 2:13-cv-0770 AC P |
| Plaintiff, | |
| v. | ORDER |
| OFFICER KODA, et al., | |
| Defendants. | |

By order filed June 21, 2013, plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted. More than twenty-eight days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order. Plaintiff has consented to jurisdiction of the undersigned. ECF No. 5.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: August 7, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/dd
buen0770..fta

1